In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-24-00291-CR**
**NO. 09-24-00292-CR**

**ERIC DEWAYNE GARRETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause Nos. F23-41518 and F23-41519**

## MEMORANDUM OPINION

On May 15, 2023, the trial court sentenced Eric Dewayne Garrett on two convictions for aggravated robbery. In each case, Trial Cause Number F23-41518 and Trial Cause Number F23-41519, the trial court certified that this is a plea-bargain case, that the defendant did not have a right to appeal, and that the defendant waived the right of appeal. More than a year later—on August 21, 2024—Garrett,

acting pro se, filed notices of appeal in Trial Cause Numbers F23-41518 and F23-41519.[1] The trial court appointed counsel to represent Garrett on appeal.

After Garrett filed the notices of appeal in the two cases with the Jefferson County District Clerk, the District Clerk sent the notices of appeal and the trial court's certifications that indicate Garrett did not have the right to appeal to the Ninth Court of Appeals. On September 13, 2024, the Clerk of the Ninth Court of Appeals notified the parties the Court would dismiss the appeals unless the appellant could establish the trial court's certifications were incorrect. Although Garrett responded to the Court's notices, his response fails to establish the trial court's certifications that state he has no right to appeal are incorrect.

Because the records lack certifications that show Garrett has the right of appeal, we dismiss the appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f).

APPEALS DISMISSED.

PER CURIAM

Submitted on October 8, 2024
Opinion Delivered October 9, 2024
Do Not Publish

Before Golemon, C.J., Wright and Chambers, JJ.

---

[1] We note that it appears Garrett filed his notices of appeal too late to perfect an appeal. *See* Tex. R. App. P. 26.2, 26.3.